UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In Re:

VICTORY MEMORIAL HOSPITAL, INC., et al.,

Debtor(s).
-----------------------------------------------------------------x

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

Bankruptcy No. 06-44387(CEC)

**PLEASE TAKE NOTICE** that, upon the annexed affirmation of movant in support of this motion, applicant will move this Court before the Honorable Carla E. Craig at the United States Bankruptcy Court, located at 271 Cadman Plaza East, Brooklyn, New York, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of Jones Day and a member in good standing of the Bar of the State(s) of Florida and New York, and the U. S. District Court for the Southern District of Florida and the U.S. District Court for the Middle District of Florida, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

Respectfully submitted,

_____
Signature of Movant

_____Pedro A. Jimenez_____
(Print or Type Name)

Dated: November 20, 2006

NYI-2291953v1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In Re:

VICTORY MEMORIAL HOSPITAL, INC., et al.,

Debtor(s).

-----------------------------------------------------------------x

AFFIRMATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Bankruptcy No. 06-44387 (CEC)

    Pedro A. Jimenez, an attorney duly admitted to practice law in the States of New York and Florida, hereby affirms as follows under penalty of perjury:

    1. I am a member of the law firm of:

Name:    Jones Day

Address:    222 East 41st Street New York, NY 10017

Telephone No. (212) 326-3939

    2. I submit this affirmation in support of my motion for admission to practice pro hac vice in the above-captioned matter.

    3. I am a member in good standing of the Bar of the State(s) of New York and Florida and the U. S. District Court for the Southern District of Florida and the Middle District of Florida.

    4. I will file Certificates of Good Standing demonstrating the above with the Clerk of the Bankruptcy Court within 10 business days from the date hereof.

    5. There are no pending disciplinary proceedings against me in any State or Federal court.

    6. Wherefore, your affirmant respectfully requests that he be permitted to appear as counsel and advocate pro hac vice in this one case.

_____
Signature of Movant

Dated: November 20, 2006                Pedro A. Jimenez
                                           (Print or Type Name)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In Re:**

**VICTORY MEMORIAL HOSPITAL, INC., et al.,**

Debtor(s).
-------------------------------------------------------------x

Case No. 06-44387(CEC)

Chapter 11

## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice pro hac vice in the above-captioned matter is granted. The admitted attorney, Pedro A. Jimenez is permitted to argue or try this particular case in whole or in part as counsel. The admitted attorney, upon compliance with the directive in this Order, may enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as counsel in this case.

The above-named attorney is required to pay a $25.00 attorney admission fee to the United States District Court. Checks should be made payable to **Clerk, U.S. District Court**. Payment may be directed to the District Court Clerk's Office at 225 Cadman Plaza East, Brooklyn, New York 11201 or 100 Federal Plaza, Central Islip, New York 11722. A copy of this Order should accompany payment, whether payment is made in person or by mail. Payment is due within **10 business days** of the date of this Order.

The Clerk is directed to enter the above attorney's appearance as counsel in the above-captioned case. The above-named attorney must serve a copy of this Order on Debtor's counsel (if any), the case trustee (if any), and all parties who filed notices of appearance, and file a certificate of such service within 10 business days of the date hereof.

Dated:            , New York

_____
United States Bankruptcy Judge

NYI-2291812v1