# United States Bankruptcy Court

Eastern District Of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

---

| | |
|---|---|
| IN RE: | CASE NO: 1–06–44387–cec |
| Victory Memorial Hospital | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 11 |
| 11–1630991 | |
| DEBTOR(s) | |

## NOTICE OF ENTRY OF ORDER CONFIRMING
## CHAPTER 11 PLAN OF REORGANIZATION

### NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

In accordance with Bankruptcy Rule 2002, an order was signed on February 20, 2009 confirming the debtor's Chapter 11 Plan of Reorganization.

The Order Confirming the Plan of Reorganization is on file and available for inspection in the Clerk's Office,

271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

Dated: February 20, 2009

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLeoc.jsp** [Notice Confirming Chapter 11 Plan rev. 05/23/07]