**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4500
Fax: (212)-335-4501
Timothy W. Walsh
Christopher R. Thomson

Attorneys for the Debtors and Debtors in Possession

Hearing Date: June 3, 2009
Time: 3:00 p.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
In re: : Chapter 11
:
VICTORY MEMORIAL HOSPITAL, et al., : Case Nos.: 06-44387 (CEC)
: 06-44388 (CEC)
Debtors. : 06-44389 (CEC)
: (Jointly Administered)
--------------------------------------------------------------X

## NOTICE OF HEARING ON DEBTORS' MOTION AND APPLICATION FOR AN ORDER (A) AUTHORIZING THE EMPLOYMENT AND RETENTION OF GREAT AMERICAN GROUP, LLC, A LIQUIDATOR, AND (B) APPROVING THE SALE OF CERTAIN ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS

**PLEASE TAKE NOTICE** that a hearing to consider the attached motion and application (the "Motion") of Victory Memorial Hospital, et al., debtors and debtors in possession (the "Debtors") by and through their attorneys, DLA Piper LLP (US), for entry of an order authorizing the Debtors (i) to retain and employ Great American Group, LLC ("Great American"), pursuant to the Auctioneer Services Agreement, dated April 16, 2009, by and between Great American and Victory Memorial Hospital, attached to the Motion as Exhibit "A," and sections 327(a) and 328 of the Bankruptcy Code and Bankruptcy Rule 2014, and (ii) to sell certain assets by private sale, free and clear of all liens, claims, encumbrances and other interests, pursuant to sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 6004, will be

held on June 3, 2009 at 3:00 p.m. (the "Hearing") before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201-1800 (the "Bankruptcy Court"), or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Eastern District of New York, must be filed with the Clerk of the Bankruptcy Court electronically, by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format, with a hard copy delivered to the Clerk of the Bankruptcy Court, for transmittal to the Chambers of the Honorable Carla E. Craig, Chief Judge, and served upon, so as to be received by (a) DLA Piper LLP (US), counsel to the Debtor, 1251 Avenue of the Americas, New York, New York 10020, Attn: Timothy W. Walsh, Esq.; and (b) the Office of the United States Trustee, 271 Cadman Plaza East, Suite 4529, Brooklyn, NY 11201, not later than May 29, 2009 at 4:00 p.m. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that if no objection to the Motion is timely filed with the Court and received by the aforementioned parties, the Court may thereafter enter an order granting the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned without further notice except as announced at the Hearing, or at any adjourned hearing.

Dated: May 7, 2009
      New York, New York

**DLA PIPER LLP (US)**

By: /s/Timothy W. Walsh
Timothy W. Walsh
Christopher R. Thomson
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501

Attorneys for Victory Memorial Hospital, et al.
Debtors and Debtors in Possession