**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4500
Fax: (212)-335-4501
Timothy W. Walsh
Mark C. Smith

Hearing Date: July 22, 2009
Time: 3:00 p.m.

Attorneys for the Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                       : Chapter 11
                                             :
VICTORY MEMORIAL HOSPITAL, et al.,           : Case Nos.: 06-44387 (CEC)
                                             :            06-44388 (CEC)
                 Debtors.                    :            06-44389 (CEC)
                                             :            (Jointly Administered)
------------------------------------------------------------X

## NOTICE OF HEARING ON
## DEBTORS' MOTION FOR AN ORDER APPROVING (I) PROCEDURES FOR FUTURE SALE OF CERTAIN PROPERTY, AND (II) SALE OF CERTAIN PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363

**PLEASE TAKE NOTICE** that a hearing to consider the attached motion (the "Motion") of Victory Memorial Hospital, et al., debtors and debtors in possession (the "Debtors") by and through their attorneys, DLA Piper LLP (US), for entry of an order approving (i) procedures for the Debtors' future sale of property of the estate pursuant to the Rules 2002 and 6004 of the Federal Rules of Bankruptcy Practice (the "Bankruptcy Rules") and Rule 6004-1 of the Local Rules of the Bankruptcy Court for the Eastern District of New York (the "EDNY Local Rules"), and (ii) the Debtors' sale of certain property in a manner consistent with the approved procedures pursuant to section 363 of title 11 of the United States Code (the "Bankruptcy Code"), will be held on July 22, 2009 at 3:00 p.m. (the "Hearing") before the

Honorable Carla E. Craig, Chief United States Bankruptcy Judge, United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201-1800 (the "Bankruptcy Court"), or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Eastern District of New York, must be filed with the Clerk of the Bankruptcy Court electronically, by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format, with a hard copy delivered to the Clerk of the Bankruptcy Court, for transmittal to the Chambers of the Honorable Carla E. Craig, Chief Judge, and served upon, so as to be received by DLA Piper LLP (US), counsel to the Debtor, 1251 Avenue of the Americas, New York, New York 10020, Attn: Timothy W. Walsh, Esq., not later than July 17, 2009 at 4:00 p.m. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that if no objection to the Motion is timely filed with the Court and received by the aforementioned parties, the Court may thereafter enter an order granting the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned without further notice except as announced at the Hearing, or at any adjourned hearing.

Dated: June 22, 2009
      New York, New York

**DLA PIPER LLP (US)**

By: /s/Timothy W. Walsh
     Timothy W. Walsh

Mark C. Smith
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501

Attorneys for Victory Memorial Hospital, et al.
Debtors and Debtors in Possession