## Sunset LG Realty LLC

1481 47th Street
Brooklyn, NY 11219
Tel. (718) 438-5100
Fax. (718) 438-0164

|  | 11/10/09 |
|---|---|
|  | **Invoice #5** |

Victory Memorial Hospital
Debtor in Possession
c/o DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Attn:   Timothy W Walsh, Esq
          John P McNicholas

Re:     Former Victory Memorial Hospital
        699 92nd Street
        Brooklyn, NY

| | |
|---|---:|
| Rent for 4th floor use from 09/01/09 thru 11/10/09 at $10,000 per week for the past 10 weeks | $100,000.00 |
| Rent for 5th floor use from 09/01/09 thru 11/10/09 at $10,000 per week for the past 10 weeks | 100,000.00 |
| Rent for 2nd floor use from 09/08/09 thru 11/10/09 at $10,000 per week for the past 9 weeks. As per agreement, rent credit for first week | 90,000.00 |
| **Total** | **$290,000.00** |